**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ FEB 15 2013 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

DARVELL ELLIOTT,

                             Plaintiff,

      -against-

CITY OF NEW YORK, et al.,

                           Defendants.
-----------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

12-CV-4105 (RRM) (JMA)

      **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice.

Stoll, Glickman & Bellina
*Attorneys for Plaintiff*
475 Atlantic Avenue, 3rd Floor
Brooklyn, New York 11217
(718) 852-3710

By: /s/ Nicholas Mindicino
Nicholas Mindicino

Dated: Brooklyn, New York
2/13, 2013

MICHAEL A. CARDOZO
Corporation Counsel of the
City of New York
*Attorney for Defendants City of New York and Sadowy*
100 Church Street, Rm. 3-153
New York, New York 10007
(212) 788-1001
kmacfarl@law.nyc.gov

By: /s/ Katherine Macfarlane
Katherine Macfarlane
*Assistant Corporation Counsel*

SO ORDERED:

s/Roslynn R. Mauskopf

HON. ROSLYNN R. MAUSKOPF
UNITED STATES DISTRICT JUDGE

2